IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-00656-CMA-CBS

REX E. FULLER,

     Plaintiff,

v.

SEAGATE TECHNOLOGY, LLC.,

     Defendant.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery (*doc. #27)* is DENIED, without prejudice, for failure to comply with this court's individual practice standards regarding discovery disputes; as explained during the Rule 16(b) scheduling conference on June 17, 2008.

**DATED:**     February 2, 2009