**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00656-CMA-CBS

REX E. FULLER,

    Plaintiff,

v.

SEAGATE TECHNOLOGY, LLC,

    Defendant.

---

**ORDER TO RESET TRIAL DATES**

---

This matter is before the Court *sua sponte*. It has come to the Court's attention that the five-day jury trial in this matter is set to commence June 15, 2009. This is the same week that the undersigned judge is now scheduled to attend a Phase II of New Judges' Orientation Seminar. Therefore, it is

ORDERED that the Final Trial Preparation Conference, set for May 29, 2009, and the five-day jury trial, currently set to commence June 15, 2009, are VACATED. Lead counsel for the parties are DIRECTED to confer among themselves and their clients and to call Chambers (303-335-2174) via conference call no later than 5:00 p.m. May 4, 2009, with their calendars available, in order to reset these matters.

DATED: April 24, 2009

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge